Osman M. Taher, Esq. (State Bar No. 272441)
**TAHER LAW FIRM**
20062 S.W. Birch Street, Ste. 200
Newport Beach, CA 92660
Phone:   (949) 734-0108
Fax:       (888) 515-5510
Email:    info@taherlawfirm.com

Attorneys for: Plaintiff, Carmen John Perri

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>GUHARA, INC., a California corporation; SANG HYON RHO AND BYONG SUK RHO, individually and as trustees of THE RHO FAMILY TRUST DATED MARCH 13, 2006; and DOES 1-10, inclusive,<br><br>           Defendants. | **Case No**. 2:21-cv-00936-DSF-AS<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed: Feb. 1, 2021<br>Trial Date: None |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

Plaintiff, Carmen J. Perri ("Plaintiff") hereby informs the court that the parties herein have reached settlement in this case.

NOTICE OF SETTLEMENT                                1

Plaintiff anticipates that the parties herein will be able to finalize a written settlement agreement in this case in the next 45 days.

Dated: March 22, 2021          **TAHER LAW FIRM**

By: /s/ Osman M. Taher, Esq.
    Osman M. Taher, Esq.
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on or about March 22, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Dated: March 22, 2021            **TAHER LAW FIRM**

                                        By: /s/ Osman M. Taher, Esq.
                                               Osman M. Taher, Esq.
                                               Attorney for Plaintiff